UNITED STATES DISTRICT COURT

CIVIL NO. _____

NASEDRA K. LUMPKIN, PLAINTIFF

FILED BY ___CS___ D.C.
AUG 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

VS.

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, DEFENDANT
HONORABLE JOSEPH GEORGE MARX, DEFENDANT
OFFICE OF STATEWIDE PROSECUTION, DEFENDANT

## CIVIL RIGHTS COMPLAINT

IN THE CAUSE OF ACTION, I NASEDRA LUMPKIN, IN PRO'SE FILES SAID ABOVE-ENTITLED COMPLAINT PURSUANT TO TITLE 42 U.S.C. 1983 ALLEGES AS FOLLOWS:

### JURISDICTION

THIS COURT HAS JURISDICTION OVER PLAINTIFF'S CLAIM UNDER 28 U.S.C. § 1331 AND 1343 (3) AND (4) IN THAT THIS IS AN ACTION (1*) ARISING UNDER THE LAWS OF THE UNITED STATES, AND (2*) TO RECOVER DAMAGES UNDER ACTS OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS.

PAGE 1 OF 5

## VENUE

Venue is proper in this judicial district under 28 U.S.C. § 1391 in that Plaintiff's claims arose entirely within the Southern District of Florida, West Palm Beach Division.

## PARTIES

1. NASEDRA KEVON LUMPKIN = Plaintiff is a former resident of the Southern District of Florida.
   DC# Y02264
   Hamilton Corr. Inst.
   10650 S.W. 46th St.
   Jasper, Florida. 32052

2. FLORIDA DEPARTMENT OF LAW ENFORCEMENT = Defendant
   Tallahassee, Florida. 32399

3. HONORABLE JOSEPH GEORGE MARX = Defendant
   205 North Dixie Hwy
   West Palm Beach, Florida. 33401

4. OFFICE OF STATEWIDE PROSECUTION = Defendant
   1515 N. Flagler Drive Suite #900
   West Palm Beach, Florida. 33402

## NATURE OF THIS ACTION

THIS IS AN ACTION SEEKING TO REDRESS VIOLATIONS OF 42 USC § 1983

## FACTS

PLAINTIFF, NASEORA LUMPKIN, BRING THIS CAUSE FOR ACTION ALLEGING DUE PROCESS PROCEDURE VIOLATION AND TO ENFORCE A CONSTITUTIONAL RIGHT TO INVOKE FLORIDA STATUTE CHAPTER 943.0585, BEFORE DEFENDANTS. ON OR ABOUT DECEMBER 18, 2023 PLAINTIFF FILED A PETITION FOR EXPUNGEMENT IN THE 15th JUDICIAL CIRCUIT COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA UNDER CASE NO. 502009CF005842, REQUESTING TRIAL COURT TO REMOVE FRAUDULENT RECORDS, THAT HAS BEEN FILED WITH U.S. DEPARTMENT OF JUSTICE BY FLORIDA DEPARTMENT OF LAW ENFORCEMENT (F.D.L.E). PLAINTIFF ASSERT THE FACT, THAT TRIAL COURT RECORD CONTAIN FRAUDULENT CONVICTION RECORDS FOR POLK, ORANGE, LEON, OSCEOLA, AND INDIAN RIVER COUNTY OF STATE OF FLORIDA. HONORABLE JUDGE JOSEPH GEORGE MARX IS LIABLE, BY ALLOWING THE OFFICE OF STATEWIDE PROSECUTION AND FLORIDA DEPARTMENT OF —

— LAW ENFORCEMENT TO EVADE FEDERAL DUE PROCESS PROCEDURE LAW, BY ALLOWING ABOVE NAME DEFENDANT TO NOT PROVIDE PROOF OF ARREST WARRANT, ARREST BOOKING PHOTOGRAPHS, AND CONVICTION FINGERPRINT CARD FOR POLK, ORANGE, LEON, OSCEOLA, AND INDIAN RIVER COUNTY, AS SUFFICIENT PROOF, BEFORE FILING RECORDS WITH U.S. DEPARTMENT OF JUSTICE. PLAINTIFF REQUESTED TRIAL COURT REMOVE FRAUDULENT COURT RECORD, NO RESPONSE ON PETITION FOR EXPUNGEMENT.

## CLAIM FOR RELIEF

PLAINTIFF SEEK A CONSTITUTIONAL RIGHT FOR EXPUNGEMENT OF FRAUDULENT RECORD AND WISH DEFENDANT BE ORDER TO PROVIDE FACTUAL PROOF OF ARREST WARRANT, ARREST BOOKING PHOTOGRAPHS, AND CONVICTION FINGERPRINT CARD TO U.S. DEPARTMENT OF JUSTICE, AND WAIVER OF DISTRICT COURT FILING FEES.

DATE: 08-11-2024        /S/ [signature]

## DECLARATION

I DECLARE UNDER PENALTY OF PERJURY THAT THIS IS TRUE AND CORRECT. EXECUTED ON:

AUGUST. 11, 2024        /S/ [signature]
DATE                    SIGNATURE OF PLAINTIFF'S

NASEDRA K. LUMPKIN
DC# Y02264
HAMILTON C.I
10650 S.W. 46th ST.
JASPER, FL. 32052

PAGE 5 OF 5

From: Mr. NASEONA R. LUMPKIN
DC# Y02264
HAMILTON CORRECTIONAL INSTITUTION
10650 S.W. 46th ST.
JASPER, FLORIDA. 32052

JACKSONVILLE FL
MAILED FROM A STATE
CORRECTIONAL INSTITUTION

US POSTAGE
ZIP 32083
02 4W
0000379961

TO: UNITED STATES DISTRICT COURT
701 Clematis Street
WEST PALM BEACH, FL. 33

33401-510199